UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALEXIS FIGUEREO,

                         Plaintiff,

- v -                                      1:24-CV-556
                                                      (GTS/DJS)

MARCUS FELTON, *et al.*,

                         Defendants.

**APPEARANCES:**                              **OF COUNSEL:**

ALEXIS FIGUEREO
Plaintiff, *Pro Se*
Saratoga Springs, New York 12866

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

      In order to permit service of process of the Amended Complaint in this case, *see* Dkt. No. 11, Plaintiff is directed to provide the Clerk of the Court with addresses upon which service of the named Defendants can be made. Plaintiff should provide this notice with fourteen (14) days of this Order.

Date:  February 5, 2025
         Albany, New York

                                                     Daniel J. Stewart
                                                     U.S. Magistrate Judge